

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ETC TEXAS PIPELINE, LTD. and LG PL, LLC, | § | No. 08-23-00010-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | § | 36th Judicial District Court |
| v. | § | of McMullen County, Texas |
| AGERON ENERGY, LLC, | § | |
| | § | (TC# M-22-0011-CV-A) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order denying ETC's motion to dismiss for lack of subject-matter jurisdiction, vacate the trial court's order denying ETC's motion to dismiss under the TCPA, and render judgment dismissing this case for lack of subject-matter jurisdiction.

We further order that Appellants recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF DECEMBER 2023.


LISA J. SOTO, Justice

Before Palafox and Soto, JJ., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.), sitting by assignment